# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
08/26/2019
Clerk, U.S. District Court
Western District of Texas

By: __RRV__
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:19-M -08068(1) - MAT |
| | § |
| (1) YASEL MIRANDA-FIALLO | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **08/22/2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, Yasel MIRANDA-Fiallo, an alien to the United States and a citizen of Cuba, entered the United States from the Republic of Mexico on August 22, 2019, approximately .5 miles east of Paso Del Norte, Texas Port of Entry in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers."*

Continued on the attached sheet and made a part of hereof:    **X** Yes    ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Juarez, Enrique B
Border Patrol Agent

08/26/2019      at    EL PASO, Texas
File Date                 City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer

WESTERN DISTRICT OF TEXAS

(1) YASEL MIRANDA-FIALLO

FACTS (CONTINUED)

The DEFENDANT, Yasel MIRANDA-Fiallo, an alien to the United States and a citizen of Cuba, entered the United States from the Republic of Mexico on August 22, 2019, approximately .5 miles east of Paso Del Norte, Texas Port of Entry in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE